

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Dominique Shaquille Harvey, Appellant

No. 06-19-00123-CR     v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 43683-B). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the certified bill of costs and the trial court's judgment adjudicating guilt by deleting the entries of $250.00 for "Fine" and $153,603.05 for "Restitution," by changing the entry for "Sheriff's Fee" to $20.00, and by changing the "Total Costs" to $269.00. We modify the judgment adjudicating guilt by changing the entry under "Terms of Plea Bargain" to "N/A." As modified, the judgment of the trial court is affirmed.

We note that the appellant, Dominique Shaquille Harvey, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 18, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk